1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL LINS,

                             Plaintiff,

        v.

COMMISSIONER OF SOCIAL
SECURITY,

                             Defendant.

Case No. C18-5842JLR

ORDER GRANTING
APPLICATION TO PROCEED IN
FORMA PAUPERIS

        The court GRANTS Plaintiff Michael Lins's *in forma pauperis* application (Dkt.

# 1), and ORDERS:

        (1)     The Clerk shall issue summonses to Mr. Lins.

        (2)     Mr. Lins is responsible for serving the complaint and summonses, and must

file proof of service as required by Rule 4 of the Federal Rules of Civil Procedure. *See*

Fed. R. Civ. P. 4.  As detailed in General Orders 04-15 and 05-15, Mr. Lins may

effectuate service electronically by sending a copy of the summonses and complaint

1 via email, along with Mr. Lins's identifying information, to

2 USAWAW.SSAClerk@usdoj.gov.

3      DATED this 19th day of October, 2018.

4

5

6      JAMES L. ROBART
     United States District Judge

7