UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL LINS,<br><br>                  Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                  Defendant. | Case No. C18-5842JLR<br><br>ORDER TO SHOW CAUSE REGARDING FAILURE TO FILE OPENING BRIEF |

Before the court is Plaintiff Michael Lins's complaint seeking review of the Commissioner of Social Security's decision to deny benefits. (*See* Compl. (Dkt. # 3).) The court issued a scheduling order requiring Plaintiff's opening brief to be filed on January 16, 2019. (Sched. Order (Dkt. # 8) at 1.) On January 22, 2019, Plaintiff filed an unopposed motion for an extension of time, asking the court to reset the deadline for the opening brief. (*See* Mot. (Dkt. # 9).) The court granted Plaintiff's motion on January 23, 2019, resetting the deadline for Plaintiff's opening brief to March 7, 2019. (Order (Dkt. # 10).) To date, Plaintiff has not filed his opening brief.

//

//

Accordingly, the court ORDERS Plaintiff to show cause on or before March 15, 2019, why this matter should not be dismissed for failure to file the opening brief.

DATED this 12th day of March, 2019.

JAMES L. ROBART
United States District Judge

ORDER TO SHOW CAUSE REGARDING FAILURE TO FILE
OPENING BRIEF - 2